IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. CCB-08-0149 |
| | : | |
| BRIAN KEITH ROSE | : | |

...o0o...

## **ORDER**

For reasons to be more fully explained in a memorandum opinion, I have concluded that no further evidentiary hearing is required for the court to find fingerprint identification testimony admissible in this case under the standard set by the Supreme Court in *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) and *Kumho Tire Co., Ltd. v. Carmichael,* 526 U.S. 137 (1999).  Accordingly, the hearing set for September 30, 2009 is **Cancelled**.

**SO ORDERED** this 8th day of September, 2009.

/s/
Catherine C. Blake
United States District Judge